IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BRYAN BROOKS,

    Petitioner,                       No. CIV S-06-0473 LKK DAD P

   vs.

KATHY PROSPER, et al.,           ORDER AND

    Respondents.                FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee for a habeas case.

        Petitioner indicates that the judgment under attack was entered on April 19, 2002, in Sacramento County Superior Court. Petitioner states that he has had a "habeas corpus and enjoined writ of error coram nobis" pending in this court since 2003, case No. CIV S-03-1860 FCD PAN P, and that he has had a civil rights action pending since 2002, case No. CIV S-02-2166 MCE PAN P. (Pet. at pages (3) and (4).) Petitioner acknowledges that his actions are pending but asserts that he is invoking his "U.S. Constitutional Due Process rights to be heard by a United States District Court Judge, U.S. District Court Judge Karl." (Id. at page (4).) Petitioner complains of the length of time his habeas case has been pending and demands "immediate due process by the Chief Justice of this U.S. District Court, Eastern District of Cal.-

1

1  Sacramento." (Id. at page (5).)  Petitioner also "invokes habeas corpus privilege" to file charges
2  against 250 unknown assailants for an alleged attack on his life in 2002.  (Id.)  He complains that
3  his constitutional rights were denied by Magistrate Judge Moulds in an order filed February 28,
4  2006, denying petitioner's requests for an FBI investigation and for discovery.  (Id. at page (6).)

5        The court's records reveal that this action is the eighth case filed by petitioner in
6  this court.[1]  It is petitioner's fourth case challenging his 2002 conviction.  His first habeas case,
7  No. CIV S-03-1860 FCD PAN P, is still pending.  His second and third habeas cases, No. CIV S-
8  03-2003 FCD PAN P and No. CIV S-04-1089 FCD PAN P, were dismissed, on March 31, 2004,
9  and September 1, 2004, respectively, as duplicative of case No. CIV S-03-1860.  By the order
10 filed September 1, 2004, in case No. CIV S-04-1089, petitioner was advised that all claims
11 related to his 2002 conviction must be raised in case No. CIV S-03-1860 FCD PAN P.

12       Petitioner has also filed four civil rights actions in this court.  Case No. CIV S-02-
13 2166 MCE PAN P is still pending.  Petitioner's second civil rights case, No. CIV S-03-0138
14 GEB PAN P, was dismissed on October 5, 2004, because it raised claims that should have been
15 added to case No. CIV S-02-2166 MCE PAN P.  His third civil rights case, No. CIV S-03-1862
16 DFL DAD P, was dismissed on June 10, 2004, after he failed to respond to an order to show
17 cause and failed to object to the magistrate judge's recommendation that the action be dismissed
18 as duplicative of his two previous civil rights actions.  Petitioner's fourth civil rights case, No.
19 CIV S-03-2094 FCD KJM P, was dismissed on May 14, 2004, after petitioner failed to file an
20 amended complaint and failed to object to the magistrate judge's recommendation that the action
21 be dismissed for failure to amend.

22       There is no statute, rule, or other provision of law that entitles petitioner to a
23 hearing by a United States District Judge not assigned to petitioner's case.  All pleadings,
24 motions, and other documents related to petitioner's 2002 conviction must be filed in case No.

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

CIV S-03-1860 FCD PAN/JFM P.[2]  With regard to the magistrate judge's order filed on February 28, 2006, in case No. CIV S-02-2166 MCE PAN/JFM P, petitioner is advised that a ruling by a magistrate judge is final if no reconsideration is sought from the district judge assigned to the case within ten court days after the ruling is served.  See Local Rule 72-303(b).[3]  Petitioner was entitled to seek reconsideration from District Judge Morrison C. England Jr. within ten court days after February 28, 2006, but he may not file a new civil action for the purpose of complaining about any ruling in his pending civil rights action.

The present action should be dismissed as duplicative of two cases pending in this court.  All motions filed in this improperly filed action will be denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's March 15, 2006 motion to issue immediate relief is denied;

2. Petitioner's March 17, 2006 motions for federal intervention and to invoke state criminal law are denied;

3. Petitioner's March 20, 2006 motion to grant the writ in case No. CIV S-03-1860 is denied;

4. Petitioner's March 27, 2006 motion to file federal charges is denied; and

IT IS RECOMMENDED that this action be dismissed without prejudice to further proceedings in petitioner's pending cases.

These findings and recommendations will be submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Any objection to these findings and recommendations must be submitted in writing within twenty days after the findings and recommendations are served.  A document containing objections should be titled

---

[2] Due to his retirement, all cases assigned to Magistrate Judge Peter A. Nowinski are temporarily assigned to Magistrate Judge John F. Moulds.

[3] The docket for case No. CIV S-02-2166 MCE PAN P reflects that a copy of the Local Rules of Practice was served on petitioner by the Clerk of the Court on January 7, 2004.

1  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
2  within the specified time may, in some circumstances, waive the party's right to appeal the
3  District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
4  DATED: April 14, 2006.

```
                                       /s/ Dale A. Drozd
                                       _____
                                       DALE A. DROZD
                                       UNITED STATES MAGISTRATE JUDGE
```

DAD:13
broo0473.156

4